# EXHIBIT B



# KOREY RICHARDSON LLC

**Partners**
Carter A. Korey (IL, FL)
Elliot Richardson (IL)

**Associates**
Daniel J. Stoller (IL, FL)
Michele D. Dougherty (IL)
Michelle Henson (CA)
Skye L. Daley (CA)
Rachael Crim (CA)
Cory Mofield (IL, IN)
Emily L. Mallor (CA, IL, FL)
Brad Harris (CA)

**Of Counsel**
Richard Dubin (IL)
Marc Blumenthal (IL)
Ryan Gibson (IL)

October 12, 2017

VIA EMAIL AND FACSIMILE
Craig Ard
Spartan Fiber, LLC
113 South River Street, Suite 202
Seguin, TX 78155
craig.ard@spartanfiberus.com
Fax: 830-433-4618

**RE: Promissory Note Dated July 5, 2017**
**Notice of Default**

Dear Mr. Ard:

This law firm represents **Dash Management, Inc.** in the above referenced matter.

It has come to our attention that you and your company have defaulted on its payment obligations under the Promissory Note dated July 5, 2017. As such, we hereby declare the entire principle and interest due under the Promissory Note, that being $112,000.00, immediately due and payable.

If you and your company fail to make this payment in full within five (5) days of the date of this letter, then you will leave this office with no alternative but to commence a lawsuit against you and your company.

Please remember that under the terms of the Promissory Note, you and your company shall pay all expenses incurred, including attorneys' fees and court costs, in the enforcement of the Promissory Note.

Sincerely,

*Cory A. Mofield*
Cory A. Mofield

cc: Dash Management, Inc.

**Illinois**
20 S. Clark Street • Suite 500
Chicago, Illinois 60603
Phone 312.372.7075 • Fax 312.372.7076

**Florida**
1300 N. Florida Mango Rd. • Suite 19
West Palm Beach, FL 33409
Phone 561.909.6980 • Fax 561.909.6980

**California**
355 S Grand Ave. • Suite 2450
Los Angeles California 90071
Phone 213.271.2717 • Fax 312.372.7076

www.koreyrichardsonlaw.com